◼ WESTCHESTER TENANTS FOR POLITICAL ACTION et al., Appellants, et al., Plaintiff, v RENT GUIDELINES BOARD OF WESTCHESTER COUNTY et al., Respondents, and BUILDERS COUNCIL OF SUBURBAN NEW YORK, INC., et al., Intervenors-Defendants-Respondents.—Appeal from a judgment of the Supreme Court, Westchester County, dated June 23, 1975, which, after a nonjury trial, declared valid the guidelines for maximum rent adjustments which were adopted by the Rent Guidelines Board of Westchester County on January 29, 1975. Judgment affirmed, without costs, on the opinion of Special Term. Rabin, Acting P. J., Martuscello, Cohalan, Christ and Shapiro, JJ., concur.